# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JOHN ZEBALA, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>          Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C16-549 TSZ |

    ____  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   X   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's motion to dismiss, docket no. 14, is GRANTED, and plaintiffs' claims are DISMISSED with prejudice.

Dated this 6th day of October, 2016.

 

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk